UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MANUEL LLIVISACA,

                Plaintiff,                               **ORDER**

     -against-                                   23-cv-4321 (AEK)

TARGET, *et al.*,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter.  *See* ECF No. 38.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within thirty (30) days of this Order.  Any application to reopen that is filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Dated:  October 11, 2024
           White Plains, New York

                                                    **SO ORDERED.**

                                                     ANDREW E. KRAUSE
                                                   United States Magistrate Judge